# Order

Michigan Supreme Court
Lansing, Michigan

September 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133433(70)(72)

AMANDA  JEAN ODOM,
       Plaintiff-Appellee,

v

WAYNE COUNTY and CITY OF DETROIT,
       Defendants,
and

CHRISTINE KELLY,
       Defendant-Appellant.
_____

SC: 133433
COA: 270501
Wayne CC: 05-503671-NI

On order of the Chief Justice, the motion by the Michigan Municipal League Liability and Property Pool and the Michigan Municipal League for extension to September 10, 2008 of the time for filing their brief *amicus curiae* is considered and it is GRANTED.  The motion by the Michigan Municipal Risk Management Authority for leave to file a brief *amicus curiae* is considered and it is GRANTED.

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2008

_____
Clerk